```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-02978-HWV
Darlene Rose Shaffer                                                      Chapter 13
Mark Edward Shaffer
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis                 Page 1 of 2         Date Rcvd: Aug 08, 2019
                              Form ID: pdf010               Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
jdb            +Mark Edward Shaffer,    3952 Lyn Circle,    Dover, PA 17315-4732
5221641        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,     1220 Old Alpharetta Rd S,
                  Alpharetta, GA 30005)
5221643        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
5221644        +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
5221636         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5221663        ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: First Savings Credit Card,     500 E 60th St N,
                  Sioux Falls, SD 57104)
5221660        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
5221661        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5221662        +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
5221665        +Fortiva/Atlanticus,    Pob 105555,    Atlanta, GA 30348-5555
5221664        +Fortiva/Atlanticus,    Po Box 10555,    Atlanta, GA 30310-0555
5221666         Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
5221667        +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5221668        +Hanover ENT,    864 Broadway,    Hanover, PA 17331-1501
5221671        +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,     Po Box 1799,
                 Akron, OH 44309-1799
5221672        +Leroys Jewelers,    Po Box 4480,    Beaverton, OR 97076-4480
5221673        +Mid America Bk/total C,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
5221678        +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
5221679        +Physicians Billing Services,    1803 Mount Rose Avenue,    York, PA 17403-3026
5221680         RAB Inc,    PO Box 34111,    Memphis, TN 38184-0111
5221681        +Wellspan Health,    1001 S. George Street,    York, PA 17403-3676
5221682        +York Adams Tax Claim Bureau,    PO BOX 15627,    York, PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: drshaffer1969@gmail.com Aug 08 2019 19:23:24     Darlene Rose Shaffer,
                 3952 Lyn Circle,    Dover, PA 17315-4732
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 19:31:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5224201         E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2019 19:25:58
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
5221640         E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2019 19:25:58     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
5221642        +E-mail/Text: g20956@att.com Aug 08 2019 19:26:05     AT&T,    208 S. Akard St.,
                 Dallas, TX 75202-4206
5221637        +E-mail/Text: ronw@agriculturefcu.org Aug 08 2019 19:26:13     Agriculture Fcu,
                 14th & Independ Ave Sm R,    Washington, DC 20250-0001
5221638        +E-mail/Text: ally@ebn.phinsolutions.com Aug 08 2019 19:23:29     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
5221639        +E-mail/Text: ally@ebn.phinsolutions.com Aug 08 2019 19:23:29     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
5221646         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 19:30:49     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
5221645        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 19:31:22     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5221647        +E-mail/Text: documentfiling@lciinc.com Aug 08 2019 19:23:28     Comcast,   1701 JFK Blvd,
                 Philadelphia, PA 19103-2899
5221648         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 19:25:44     Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
5221649        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 19:25:44     Comenity Bank/Bon Ton,
                 Po Box 182789,    Columbus, OH 43218-2789
5221650        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 19:25:45
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5221651        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 19:25:45
                 Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
5221653        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 19:25:45     Comenitybank/venus,
                 Po Box 182789,    Columbus, OH 43218-2789
5221652        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2019 19:25:45     Comenitybank/venus,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
5221655        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2019 19:26:11
                 Credit Collections Services,    725 Canton St,    Norwood, MA 02062-2679
5221654        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2019 19:26:11
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
5221657         E-mail/Text: mrdiscen@discover.com Aug 08 2019 19:25:33     Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
5221656        +E-mail/Text: mrdiscen@discover.com Aug 08 2019 19:25:33     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5221659        +E-mail/Text: bknotice@ercbpo.com Aug 08 2019 19:25:57      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5221658        +E-mail/Text: bknotice@ercbpo.com Aug 08 2019 19:25:57      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5221669        +E-mail/Text: ebn@heritagevalleyfcu.org Aug 08 2019 19:26:14      Heritage Valley Fcu,
                 2400 Pleasant Valley Rd,    York, PA 17402-9624
5221634         E-mail/Text: cio.bncmail@irs.gov Aug 08 2019 19:25:39      Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5221670         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2019 19:26:00      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
5221675        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2019 19:25:54      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
5221674        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2019 19:25:54      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
5221676        +E-mail/Text: bankruptcy@oneclickcash.com Aug 08 2019 19:25:46      Oneclick Cash,
                 52946 Highway 12, Suite 3,    Niobrara, NE 68760-7085
5225200        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 19:25:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5223360         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 19:25:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
5221997        +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 19:30:47      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5221635        +E-mail/Text: kcm@yatb.com Aug 08 2019 19:25:33      York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5221677          PA Department of Revenue
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Darlene Rose Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Mark Edward Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
   Darlene Rose Shaffer            :    CHAPTER 13
   Mark Edward Shaffer           : 
                                   :
        Debtor(s)                    :    CASE NO: 19-2978

### ORDER

Upon consideration of Debtors' Motion to Maintain the Automatic Stay and Affidavit, Debtors' Motion is hereby granted and the automatic stay shall remain in effect until further order of court.

Dated: August 8, 2019            By the Court,

                                          _Henry W. Van Eck_ (signature)
                                          Henry W. Van Eck, Bankruptcy Judge (JH)