UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DARLENE ROSE SHAFFER<br>MARK EDWARD SHAFFER | CASE NO: 19-2978<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/18/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DARLENE ROSE SHAFFER<br>MARK EDWARD SHAFFER | CASE NO: 19-2978<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/18/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401

```
CASE INFO                                ATT                                      AGRICULTURE FCU
  LABEL MATRIX FOR LOCAL NOTICING        208 S AKARD ST                           14TH  INDEPEND AVE SM R
03141                                    DALLAS TX 75202-4206                     WASHINGTON DC 20250-0001
CASE 1-19-BK-02978-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON NOV 18 11-21-12 EST 2019


ALLY BANK                                ALLY FINANCIAL                           ALLY FINANCIAL
PO BOX 130424                            200 RENAISSANCE CTR                      ATTN BANKRUPTCY
ROSEVILLE MN 55113-0004                  DETROIT MI 48243-1300                    PO BOX 380901
                                                                                  BLOOMINGTON MN 55438-0901


AMERICAN HONDA FINANCE                   BANK OF MISSOURI                         BARCLAYS BANK DELAWARE
P O BOX 168088                           2700 S LORRAINE PL                       100 S WEST ST
IRVING TX 75016-8088                     SIOUX FALLS SD 57106-3657                WILMINGTON DE 19801-5015


BARCLAYS BANK DELAWARE                   CVI SGP CO ACQUISITION TRUST             CAPITAL ONE
PO BOX 8803                              CO RESURGENT CAPITAL SERVICES            PO BOX 30285
WILMINGTON DE 19899-8803                 PO BOX 10587                             SALT LAKE CITY UT 84130-0285
                                         GREENVILLE SC 29603-0587


CAPITAL ONE                              COMCAST                                  COMENITY BANKBON TON
ATTN GENERAL CORRESPONDENCEBANKRUPTCY    1701 JFK BLVD                            ATTN BANKRUPTCY
PO BOX 30285                             PHILADELPHIA PA 19103-2899               PO BOX 18215
SALT LAKE CITY UT 84130-0285                                                      COLUMBUS OH 43218


COMENITY BANKBON TON                     COMENITY BANKVICTORIA SECRET             COMENITY BANKVICTORIA SECRET
PO BOX 182789                            ATTN BANKRUPTCY                          PO BOX 182789
COLUMBUS OH 43218-2789                   PO BOX 182125                            COLUMBUS OH 43218-2789
                                         COLUMBUS OH 43218-2125


COMENITYBANKVENUS                        COMENITYBANKVENUS                        CREDIT COLLECTIONS SERVICES
COMENITY BANK                            PO BOX 182789                            725 CANTON ST
PO BOX 182125                            COLUMBUS OH 43218-2789                   NORWOOD MA 02062-2679
COLUMBUS OH 43218-2125


CREDIT COLLECTIONS SERVICES              DAWN MARIE CUTAIA                        CHARLES J DEHART III TRUSTEE
ATTENTION BANKRUPTCY                     PUGH AND CUTAIA PLLC                     8125 ADAMS DRIVE SUITE A
725 CANTON STREET                        115 E PHILADELPHIA STREET                HUMMELSTOWN PA 17036-8625
NORWOOD MA 02062-2679                    YORK PA 17401-2437


DEPARTMENT OF REVENUE                    DISCOVER FINANCIAL SERVICES LLC          DISCOVER FINANCIAL
1 REVENUE PLACE                          PO BOX 3025                              PO BOX 3025
HARRISBURG PA 17129-0001                 NEW ALBANY OH 43054-3025                 NEW ALBANY OH 43054-3025
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ERCENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | ERCENHANCED RECOVERY CORP<br>ATTN BANKRUPTCY<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104-4868 | FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | FIRST SAVINGS CREDIT CARD<br>PO BOX 5019<br>SIOUX FALLS SD 57117-5019 |
| FORTIVAATLANTICUS<br>PO BOX 10555<br>ATLANTA GA 30310-0555 | FORTIVAATLANTICUS<br>POB 105555<br>ATLANTA GA 30348-5555 | FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 |
| FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FST PREMIER<br>601 S MINNEAOPLIS AVE<br>SIOUX FALLS SD 57104 | HANOVER ENT<br>864 BROADWAY<br>HANOVER PA 17331-1501 |
| MARIO JOHN HANYON<br>PHELAN HALLINAN SCHMIEG<br>1617 JFK BLVD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 | HERITAGE VALLEY FCU<br>2400 PLEASANT VALLEY RD<br>YORK PA 17402-9624 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LEROYS JEWELERS<br>PO BOX 4480<br>BEAVERTON OR 97076-4480 | LEROYS JEWELERS<br>STERLING JEWELERS INCATTN BANKRUPTCY<br>PO BOX 1799<br>AKRON OH 44309-1799 |
| MID AMERICA BKTOTAL C<br>5109 S BROADBAND LANE<br>SIOUX FALLS SD 57108-2208 | MIDLAND FUNDING<br>2365 NORTHSIDE DR STE 30<br>SAN DIEGO CA 92108-2709 | MIDLAND FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | NPRTO NORTH EAST LLC<br>256 WEST DATA DRIVE<br>DRAPER UT 84020-2315 | ONECLICK CASH<br>52946 HIGHWAY 12 SUITE 3<br>NIOBRARA NE 68760-7085 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PACIFIC UNION FINANCIA<br>1603 LBJ FWY STE 500<br>FARMERS BRANCH TX 75234-6071 | PENN WASTE INC<br>85 BROCK YARD RD<br>MANCHESTER PA 17345-9204 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PENNSYLVANIA DEPARTMENT OF REVENUE      PHYSICIANS BILLING SERVICES        PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DIVISION PO BOX 280946       1803 MOUNT ROSE AVENUE             PO BOX 41067
HARRISBURG PA 17128-0946                YORK PA 17403-3026                 NORFOLK VA 23541-1067


PREMIER BANKCARD LLC                    QUANTUM3 GROUP LLC AS AGENT FOR    RAB INC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE  MOMA FUNDING LLC                   PO BOX 34111
PO BOX 7999                             PO BOX 788                         MEMPHIS TN 38184-0111
SAINT CLOUD MN 56302-7999               KIRKLAND WA 98083-0788


DEBTOR                                  MARK EDWARD SHAFFER                THOMAS SONG
DARLENE ROSE SHAFFER                    3952 LYN CIRCLE                    PHELAN HALLINAN DIAMOND   JONES
3952 LYN CIRCLE                         DOVER PA 17315-4732                1617 JFK BOULEVARD
DOVER PA 17315-4732                                                        SUITE 1400
                                                                           PHILADELPHIA PA 19103-1814


SPRINT NEXTEL CORRESPONDENCE            SYNCHRONY BANK                     UNITED STATES TRUSTEE
ATTN BANKRUPTCY DEPT                    CO PRA RECEIVABLES MANAGEMENT LLC  228 WALNUT STREET SUITE 1190
PO BOX 7949                             PO BOX 41021                       HARRISBURG PA 17101-1722
OVERLAND PARK KS 66207-0949             NORFOLK VA 23541-1021


JAMES WARMBRODT                         WELLSPAN HEALTH                    YORK ADAMS TAX BUREAU
701 MARKET STREET SUITE 5000            1001 S GEORGE STREET               PO BOX 15627
PHILADEPHIA PA 19106-1541               YORK PA 17403-3676                 YORK PA 17405-0156


YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156
```