```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02978-HWV
Darlene Rose Shaffer                                            Chapter 13
Mark Edward Shaffer
        Debtors
## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: May 15, 2020
                              Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
              +Agriculture FCU,    1400 Independence Avenue SW,    Washington, DC 20250-0004
              +Pacific Union Financial,    1601 Lyndon B Johnson Fwy Suite 500,    Farmers Branch, TX 75234-6519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5221669       +E-mail/Text: ebn@heritagevalleyfcu.org May 15 2020 19:08:40     Heritage Valley Fcu,
               2400 Pleasant Valley Rd,   York, PA 17402-9624
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Darlene Rose Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Mark Edward Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
              Thomas    Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darlene Rose Shaffer<br>Mark Edward Shaffer<br>        Debtors | Chapter 13 |
| Darlene Rose Shaffer<br>Mark Edward Shaffer<br>        Movants | Case No: 1-19-bk-2978-HWV<br><br>Motion to Suspend Payment |

**ORDER**

**AND NOW**, upon consideration of Debtors' Motion to Suspend Payment, said Motion is hereby granted and Debtors' Chapter 13 payment is suspended for the months of April, May and June 2020.

Dated: May 15, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)