UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARLENE ROSE SHAFFER  MARK EDWARD SHAFFER
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

DARLENE ROSE SHAFFER  MARK EDWARD SHAFFER
    Respondent(s)

CHAPTER 13

CASE NO: 1-19-02978-HWV

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 18, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on November 18, 2019.

2. A hearing was held and an Order was entered on February 12, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/ James K. Jones, Esq.
    Id: 39031
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DARLENE ROSE SHAFFER<br>MARK EDWARD SHAFFER<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-19-02978-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: June 24, 2020<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: May 18, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARLENE ROSE SHAFFER
MARK EDWARD SHAFFER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

DARLENE ROSE SHAFFER
MARK EDWARD SHAFFER

Respondent(s)

CHAPTER 13

CASE NO: 1-19-02978-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 18, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| DARLENE ROSE SHAFFER<br>3952 LYN CIRCLE<br>DOVER, PA 17315 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 18, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARLENE ROSE SHAFFER
MARK EDWARD SHAFFER

Debtor(s)     CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

DARLENE ROSE SHAFFER
MARK EDWARD SHAFFER     CASE NO: 1-19-02978-HWV

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.