In re:

Darlene Rose Shaffer

Mark Edward Shaffer

    Debtors

Case No. 19-02978-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 4

Date Rcvd: Jul 14, 2022           Form ID: ordsmiss           Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| jdb | + | Mark Edward Shaffer, 3952 Lyn Circle, Dover, PA 17315-4732 |
| 5221636 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5221665 | + | Fortiva/Atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 5221664 | + | Fortiva/Atlanticus, Po Box 10555, Atlanta, GA 30310-0555 |
| 5221668 | + | Hanover ENT, 864 Broadway, Hanover, PA 17331-1501 |
| 5221671 | + | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 5275076 | | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5249225 | + | Penn Waste, Inc., 85 Brock Yard Rd., Manchester, PA 17345-9204 |
| 5221679 | + | Physicians Billing Services, 1803 Mount Rose Avenue, York, PA 17403-3026 |
| 5221680 | | RAB Inc, PO Box 34111, Memphis, TN 38184-0111 |
| 5221681 | + | Wellspan Health, 1001 S. George Street, York, PA 17403-3676 |
| 5221682 | + | York Adams Tax Claim Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| db | + | Email/PDF: drshaffer1969@gmail.com | Jul 14 2022 18:37:00 | Darlene Rose Shaffer, 3952 Lyn Circle, Dover, PA 17315-4732 |
| cr | + | EDI: GMACFS.COM | Jul 14 2022 22:38:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 14 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5221641 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 14 2022 18:37:00 | American Honda Finance, 1220 Old Alpharetta Rd S, Alpharetta, GA 30005 |
| 5221640 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 14 2022 18:37:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 5224201 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 14 2022 18:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5221642 | + | EDI: CINGMIDLAND.COM | Jul 14 2022 22:38:00 | AT&T, 208 S. Akard St., Dallas, TX 75202-4206 |
| 5221637 | + | Email/Text: ronw@agriculturefcu.org | Jul 14 2022 18:37:00 | Agriculture Fcu, 14th & Independ Ave Sm R, Washington, DC 20250-0001 |
| 5260789 | | EDI: GMACFS.COM | Jul 14 2022 22:38:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5221638 | + | EDI: GMACFS.COM | Jul 14 2022 22:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5221639 | + | EDI: GMACFS.COM | Jul 14 2022 22:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 5246154 | + | EDI: TCISOLUTIONS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 14 2022 22:38:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5221644 | + | EDI: TSYS2 | | |
| | | | Jul 14 2022 22:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 5221643 | + | EDI: TSYS2 | | |
| | | | Jul 14 2022 22:38:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 5221646 | | EDI: CAPITALONE.COM | | |
| | | | Jul 14 2022 22:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 5247469 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 18:39:28 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5221645 | + | EDI: CAPITALONE.COM | | |
| | | | Jul 14 2022 22:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5221647 | + | EDI: COMCASTCBLCENT | | |
| | | | Jul 14 2022 22:38:00 | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 5221648 | | EDI: WFNNB.COM | | |
| | | | Jul 14 2022 22:38:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 5221649 | + | EDI: WFNNB.COM | | |
| | | | Jul 14 2022 22:38:00 | Comenity Bank/Bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 5221651 | + | EDI: WFNNB.COM | | |
| | | | Jul 14 2022 22:38:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 5221650 | + | EDI: WFNNB.COM | | |
| | | | Jul 14 2022 22:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5221653 | + | EDI: WFNNB.COM | | |
| | | | Jul 14 2022 22:38:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 5221652 | + | EDI: WFNNB.COM | | |
| | | | Jul 14 2022 22:38:00 | Comenitybank/venus, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5221654 | + | EDI: CCS.COM | | |
| | | | Jul 14 2022 22:38:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5221655 | + | EDI: CCS.COM | | |
| | | | Jul 14 2022 22:38:00 | Credit Collections Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5221657 | | EDI: DISCOVER.COM | | |
| | | | Jul 14 2022 22:38:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 5221656 | + | EDI: DISCOVER.COM | | |
| | | | Jul 14 2022 22:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5221658 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Jul 14 2022 18:37:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5221659 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Jul 14 2022 18:37:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5221663 | | Email/Text: BNSFS@capitalsvcs.com | Jul 14 2022 18:37:00 | First Savings Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5221662 | | Email/Text: BNSFS@capitalsvcs.com | Jul 14 2022 18:37:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 5221661 | + | EDI: AMINFOFP.COM | | |
| | | | Jul 14 2022 22:38:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5221660 | + | EDI: AMINFOFP.COM | | |
| | | | Jul 14 2022 22:38:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5244995 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 14 2022 18:37:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5221667 | + | EDI: AMINFOFP.COM | | |

| | | Jul 14 2022 22:38:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
|---|---|---|---|
| 5221666 | EDI: AMINFOFP.COM | Jul 14 2022 22:38:00 | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 5221669 | + Email/Text: ebn@heritagevalleyfcu.org | Jul 14 2022 18:37:00 | Heritage Valley Fcu, 2400 Pleasant Valley Rd, York, PA 17402-9624 |
| 5221634 | EDI: IRS.COM | Jul 14 2022 22:38:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5221670 | EDI: JEFFERSONCAP.COM | Jul 14 2022 22:38:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5221672 | + EDI: PHINGENESIS | Jul 14 2022 22:38:00 | Leroys Jewelers, Po Box 4480, Beaverton, OR 97076-4480 |
| 5221673 | + EDI: TCISOLUTIONS.COM | Jul 14 2022 22:38:00 | Mid America Bk/total C, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 5221674 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 18:37:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5221675 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 18:37:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 5240656 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5242453 | + Email/Text: ecfbankruptcy@progleasing.com | Jul 14 2022 18:37:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5221676 | + Email/Text: bankruptcy@oneclickcash.com | Jul 14 2022 18:37:00 | Oneclick Cash, 52946 Highway 12, Suite 3, Niobrara, NE 68760-7085 |
| 5246426 | EDI: PRA.COM | Jul 14 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5221678 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 14 2022 18:37:00 | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 5225200 | + EDI: PENNDEPTREV | Jul 14 2022 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5225200 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5237291 | + EDI: JEFFERSONCAP.COM | Jul 14 2022 22:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5223360 | EDI: Q3G.COM | Jul 14 2022 22:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5245037 | EDI: AISSPRINT | Jul 14 2022 22:38:00 | Sprint Corp, Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5221997 | + EDI: RMSC.COM | Jul 14 2022 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5221635 | + Email/Text: kcm@yatb.com | Jul 14 2022 18:37:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 5221677 | | PA Department of Revenue |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Mark Edward Shaffer dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Darlene Rose Shaffer dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor Heritage Valley Federal Credit Union pitecf@weltman.com PitEcf@weltman.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Darlene Rose Shaffer,                    Chapter          13

**Debtor 1**

Mark Edward Shaffer,                     Case No.         1:19−bk−02978−HWV

**Debtor 2**

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 14, 2022

ordsmiss (05/18)