**Fill in this information to identify the case:**

Debtor 1    DARLENE ROSE SHAFFER

Debtor 2    MARK EDWARD SHAFFER
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
                                                                (State)
Case Number    1:19-bk-02978-HWV

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    FREEDOM MORTGAGE CORPORATION

**Court claim no. (**if known):    13-1

**Last 4 digits** of any number you use to identify the debtor's account:    2120

**Date of payment change:** 12/01/2019
Must be at least 21 days after date
of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,757.73

---

### Part 1:    Escrow Account Payment Adjustment

1.    **Will there be a change in the debtor's escrow account payment?**

☐    No
☒    Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    **Current escrow payment:**    $655.71        **New escrow payment:** $659.75

### Part 2:    Mortgage Payment Adjustment

2.    **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒    No
☐    Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

    **Current interest rate:** _____ %        **New interest rate:** _____ %

    **Current principal and interest payment:** _____        **New principal and interest payment:** _____

### Part 3:    Other Payment Change

3.    **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒    No
☐    Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    **Current mortgage payment:** _____        **New mortgage payment:** _____

---

Case 1:19-bk-02978-HWV    Doc    Filed 10/31/19    Entered 10/31/19 20:16:01    Desc
Main Document    Page 1 of 2

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Mario J. Hanyon, Esquire                                    Date  October 31, 2019
    Signature

Print:        Mario J. Hanyon, Esq., Id. No.203993                    Title  Attorney
        First Name      Middle Name      Last Name

Company      Phelan Hallinan Diamond & Jones, LLP

Address      1617 JFK Boulevard, Suite 1400

        Philadelphia, PA 19103

Contact Phone  215-563-7000                              Email  mario.hanyon@phelanhallinan.com