**Fill in this information to identify the case:**

Debtor 1     DARLENE ROSE SHAFFER

Debtor 2     MARK EDWARD SHAFFER
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE                    District of   PA
                                                                                    (State)
Case Number      1:19-02978 HWV

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   FREEDOM MORTGAGE CORPORATION          **Court claim no. (**if known): 13-1

**Last 4 digits** of any number you use to
identify the debtor's account:          2120          **Date of payment change:**
                                                       Must be at least 21 days after date
                                                       of this notice

                                                       **New total payment:**
                                                       Principal, interest, and escrow, if any        Forbearance

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

    ☒  No
    ☐  Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
        the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment: _____        New escrow payment: _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒  No
    ☐  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
        Attached, explain why: _____

    Current interest rate: _____ %        New interest rate: _____ %

    Current principal and interest payment: _____        New principal and interest payment: _____

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☐  No
    ☒  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
        (*Court approval may be required before the payment change can take effect.*)

    Reason for change:   Debtor's request for COVID19 forbearance arrangement (see attached)

    Current mortgage payment: _____        New mortgage payment: _____

Case 1:19-bk-02978-HWV     Doc     Filed 05/22/20   Entered 05/22/20 18:08:19    Desc
Main Document     Page 1 of 3

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/ Mario J. Hanyon, Esquire
　　Signature

Date   May 21, 2020

Print:        Mario J. Hanyon, Esq., Id. No.203993
　　　　　First Name          Middle Name          Last Name

Title    Attorney

Company        Phelan Hallinan Diamond & Jones, LLP

Address        1617 JFK Boulevard, Suite 1400

　　　　　Philadelphia, PA 19103

Contact Phone    215-563-7000

Email    mario.hanyon@phelanhallinan.com

**This use of Official Form 410S1 and of the electronic filing method for a Notice of Payment Change is being used to provide interested parties with notice of a forbearance arrangement, detailed below. This form is only being used to express a change in the debtor's payment <u>arrangement</u> within the functionality available in the Courts' CMECF systems.   The use of this form in no way implies that a change in payment <u>amount</u> is occurring or has occurred on the account.   <u>This filing does not imply that the provisions of FRBP 3002.1 apply to this filing, nor does the Servicer/Creditor consent to the application of any provisions of FRBP 3002.1 to this filing</u>.**

## <u>NOTICE OF TEMPORARY FORBEARANCE</u>

Effective Date of Forbearance                          : <u>April 1, 2020</u>
Termination Date of Forbearance                    : <u>September 30, 2020</u>

CREDITOR/SERVICER NAME ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtors have requested, and SERVICER has provided, a temporary suspension of post-petition mortgage payments due and owing in the time period referenced above (the "Forbearance Period"). This short-term relief is consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During the Forbearance Period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the Forbearance Period, Debtors and/or Debtors' attorney (if applicable) should work with the SERVICER and the bankruptcy trustee to explore potential remedies to cure any outstanding post-petition mortgage payments at the termination date of the Forbearance Period. Any outstanding post-petition mortgage payments for which there is not an agreed cure will remain due and owing as of the termination date of the Forbearance Period.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.